# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Plaintiff, | |
| CALVIN CHENG | Case No. ZI - 1085 |
| -v- | **Rule 7.1 Statement** |
| T-MOBILE USA, INC. | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

CALVIN CHENG _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

N/A

**Date:** 02/08/2021 _____

Jeffrey Wilson

Digitally signed by Jeffrey Wilson
Date: 2021.02.08 09:42:26 -05'00'

**Signature of Attorney**

**Attorney Bar Code:** JW9819 _____