# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| CALVIN CHENG | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-1085 |
| T-MOBILE USA, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CALVIN CHENG .

Date: 02/08/2021

*Attorney's signature*

HENRY CHAN
*Printed name and bar number*

WILSON & CHAN, LLP
733 THIRD AVE., 16TH FLOOR
NEW YORK, NY 10017

*Address*

HCHAN@WILSONCHANLAW.COM
*E-mail address*

(646) 790-5848
*Telephone number*

(646) 417-7879
*FAX number*