AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Calvin Cheng | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-1085-PKC |
| T-Mobile US, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

T-Mobile US, Inc.

Date: April 8, 2021

/s/ John M. Magliery
*Attorney's signature*

John M. Magliery (SBN 4119590)
*Printed name and bar number*

Davis Wright Tremaine LLP
1251 Avenue of the Americas,
21st Floor, New York, New York 10020
*Address*

johnmagliery@dwt.com
*E-mail address*

212.489.8230
*Telephone number*

212.489.8340
*FAX number*