UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALVIN CHENG,<br><br>     Plaintiff,<br><br>  - against -<br><br>T-MOBILE USA, INC.,<br><br>     Defendant. | Case No: 1:21-cv-1085-PKC<br><br>ECF Case<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF JAMES H. MOON** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, James H. Moon hereby moves this Court for an Order admitting attorney James H. Moon to appear *pro hac vice* as counsel for defendant T-Mobile US, Inc.

  Mr. Moon submits a declaration pursuant to Local Rule 1.3 herewith declaring that he is a member in good standing of the bar of the State of California and there are no pending disciplinary proceedings against him in any state or federal court; that he has never been convicted of a felony; and that he has never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated:  April 8, 2021

                DAVIS WRIGHT TREMAINE LLP

                By: /s/ James H. Moon
                   James H. Moon

                865 S. Figueroa Street, Suite 2400
                Los Angeles, CA 90017
                Tel:  213.633.6800
                Fax:  213.633.6899
                Email:  jamesmoon@dwt.com

                *Counsel for Defendant T-Mobile US, Inc.*