UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALVIN CHENG,<br><br>       Plaintiff,<br><br>  - against -<br><br>T-MOBILE USA, INC.,<br><br>       Defendant. | Case No: 1:21-cv-1085-PKC<br><br>ECF Case<br><br>**DECLARATION OF JAMES H. MOON IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION** |

  James H. Moon, an attorney duly admitted to practice law before the courts of the State of California, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following statements are true:

  1.  I am counsel in the firm Davis Wright Tremaine LLP and submit this affidavit pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York in support of my Motion for an Order for admission *pro hac vice* to appear as counsel for defendant T-Mobile US, Inc. in the above-captioned action.

  2.  I am a member and in good standing of the bar of the State of California. I attach certificates of good standing issued within the past 30 days by the State Bar of California and the Supreme Court of the State of California as Exhibit A to this Affidavit.

  3.  I have never been convicted of a felony.

  4.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

  5.  There are no disciplinary proceedings presently against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 8, 2021 in Los Angeles, California.

_____
James Moon

**EXHIBIT A**



# Supreme Court of California

JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JAMES HYEOUN JU MOON*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that JAMES HYEOUN JU MOON State Bar no. 268215, was on the 17TH day of December, 2009, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 11th day of March, 2021.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
Simone Voltz, Supervising Deputy Clerk