**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CALVIN CHENG,<br><br>       Plaintiff,<br><br>  - against -<br><br>T-MOBILE USA, INC.,<br><br>       Defendant. | Case No: 1:21-cv-1085-PKC<br><br>ECF Case<br><br>**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*** |

  The Court grants defendant's motion for admission *pro hac vice* by attorney James H. Moon in the above-captioned action.

  Mr. Moon has declared that he is a member in good standing of the bar of the State of California and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | James H. Moon |
| Firm Name: | Davis Wright Tremaine LLP |
| Address: | 865 South Figueroa Street, Suite 2400 |
| City/State/Zip: | Los Angeles, CA 90017 |
| Telephone: | (213) 633-6819 |
| Fax: | (213) 633-6899 |
| Email: | jamesmoon@dwt.com |

  Defendants, having requested admission *pro hac vice* for Mr. Moon to appear for all purposes as counsel for defendant T-Mobile US, Inc. in the above-captioned action;

  **IT IS HEREBY ORDERED** that James H. Moon is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the rules governing discipline of attorneys.

  Dated: _____

                  _____
                  The Honorable P. Kevin Castell
                  United States District Judge