UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALVIN CHENG,<br><br>             Plaintiff,<br><br>       - against -<br><br>T-MOBILE USA, INC.,<br><br>             Defendant. | Case No: 1:21-cv-1085-PKC<br><br>ECF Case<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF STEPHEN M. RUMMAGE** |

   Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Stephen M. Rummage, hereby moves this Court for an Order admitting attorney Stephen M. Rummage to appear *pro hac vice* as counsel for defendant T-Mobile US, Inc.

   I submit a declaration pursuant to Local Rule 1.3 herewith declaring that he is a member in good standing of the bar of the State of Washington and there are no pending disciplinary proceedings against him in any state or federal court; that he has never been convicted of a felony; and that he has never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated:  April 8, 2021

                                             DAVIS WRIGHT TREMAINE LLP

                                             By:  /s/ Stephen M. Rummage
                                                     Stephen M. Rummage
                                             920 Fifth Avenue, Suite 3300
                                             Seattle WA 98104
                                             Tel:  206.622.3150
                                             Fax:  206.757.7700
                                             Email:  steverummage@dwt.com

                                             *Counsel for Defendant T-Mobile US, Inc.*

1