**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CALVIN CHENG,

                 Plaintiff,

       - against -

T-MOBILE USA, INC.,

                 Defendant.

Case No: 1:21-cv-1085-PKC

ECF Case

**DECLARATION OF STEPHEN M. RUMMAGE IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION**

Stephen M. Rummage, an attorney duly admitted to practice law before the courts of the State of Washington, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following statements are true:

1.      I am a partner in the firm Davis Wright Tremaine LLP and submit this affidavit pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York in support of my Motion for an Order for admission *pro hac vice* to appear as counsel for defendant T-Mobile US, Inc. in the above-captioned action.

2.      I am a member and in good standing of the bar of the State of Washington. I attach certificates of good standing issued within the past 30 days by the Supreme Court of the State of Washington as Exhibit A to this Affidavit.

3.      I have never been convicted of a felony.

4.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.      There are no disciplinary proceedings presently against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 8, 2021 in Seattle, Washington.

Stephen M. Rummage

**EXHIBIT A**

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 11168 |
| | ) | |
| OF | ) | **CERTIFICATE** |
| | ) | |
| STEPHEN MICHAEL RUMMAGE | ) | **OF** |
| | ) | |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |
| | ) | |

_____

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**STEPHEN MICHAEL RUMMAGE**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and

all the Courts of the State of Washington on October 24, 1980, and is now and has continuously

since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of said Court this 12th day of
March, 2021.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court