UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALVIN CHENG,<br><br>    Plaintiff,<br><br> - against -<br><br>T-MOBILE USA, INC.,<br><br>    Defendant. | Case No: 1:21-cv-1085-PKC<br><br>ECF Case<br><br>**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*** |

  The Court grants defendant's motion for admission *pro hac vice* by attorney Stephen M. Rummage in the above-captioned action.

  Mr. Rummage has declared that he is a member in good standing of the bar of the State of Washington and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Stephen M. Rummage |
| Firm Name: | Davis Wright Tremaine LLP |
| Address: | 920 Fifth Avenue, Suite 3300 |
| City/State/Zip: | Seattle, WA 98104 |
| Telephone: | 206.757.8136 |
| Fax: | 206.757.7700 |
| Email: | steverummage@dwt.com |

  Defendants, having requested admission *pro hac vice* for Mr. Rummage to appear for all purposes as counsel for defendant T-Mobile US, Inc. in the above-captioned action;

  **IT** IS **HEREBY ORDERED** that Stephen M. Rummage is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the rules governing discipline of attorneys.

  Dated: _____

_____
The Honorable P. Kevin Castell
United States District Judge

1