

**733 Third Avenue, 16th Floor, New York, New York 10017**
Tel: (646) 790-5848   Fax: (646) 417-7879
www.wilsonchanlaw.com

<u>Via ECF</u>

April 23, 2021

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Courtroom 11D
500 Pearl Street
New York, NY 10007

**Re:  Cheng v. T-Mobile USA, Inc. – Case No. 21-1085 – Request to Amend**

Dear Judge Castel:

    Our firm represents Plaintiff Calvin Cheng ("**Plaintiff**") in the above-referenced matter, and we write in response to the Court's order dated April 15, 2021 with regard to Defendant T-Mobile USA, Inc.'s request for a pre-motion conference and affording Plaintiff an opportunity to further amend its First Amended Complaint upon notice to the Court by April 24, 2021.

    With appreciation for the opportunity extended by the Court, Plaintiff hereby notifies the Court that he would like to further amend the First Amended Complaint.

    We will be guided by the Court's preferences with regard to timing of the amendment and, if the Court requires, we are prepared to participate in a case management conference while we finalize the amendment.  Please do not hesitate to contact me should you require any additional information.

Best Regards,

**WILSON & CHAN, LLP**

Jeffrey L. Wilson

CC:  Defendant's Counsel – via ECF