## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

CALVIN CHENG,

                    Plaintiff,


– against –


T-MOBILE USA, INC.,

                    Defendant.

Case No.:  1:21-cv-1085-PKC



**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE**


**PLEASE TAKE NOTICE THAT**, whereas no answer or motion for summary judgment have been served, **Plaintiff CALVIN CHENG**, by and through his attorneys, WILSON & CHAN, LLP, hereby dismisses without prejudice this action against **Defendant T-MOBILE USA, INC.** pursuant to Rule 41(a)(l)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

Dated: New York, New York
          May 6, 2021

Wilson & Chan LLP

_____
Jeffrey L. Wilson, Esq. (JW9819)
Henry C. Chan, Esq. (HC4160)
*Attorneys for Plaintiff CALVIN CHENG*
733 Third Avenue, 16th Floor
New York, NY 10017
Tel. (646) 790-5848